# Heller Law Offices, LLC



November 30, 2015

Hon. G. Michael Halfenger
US Courthouse
517 E Wisconsin Avenue
Milwaukee, WI 53202

Uploaded Via CM/ECF Only

Re:   In Re Linda M Medina
      15-21364

Dear Clerk/Judge Halfenger,

I am writing to request that any hearing scheduled on my client's Objection to the Debtor's Amended Proposed Chapter 13 Plan (filed on this same date) not be scheduled during the week of February 21, 2016, as I will be out of the country.

Thank you, and please contact me with questions.


Regards,

/s/ Michael G. Heller

Michael G. Heller
Attorney For Creditor John Flessas

1633 N. Prospect Ave. Ste. 4C    414-810-6777         info@hellerlawllc.com
Milwaukee, WI 53202              Fax: 414-751-5171    www.hellerlawllc.com

Case 15-21364-gmh    Doc 84    Filed 11/30/15    Page 1 of 1